No. 94–9699.  ROCHON v. BLACKBURN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9700.  OWENS v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 94–9702.  RODRIGUES v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 94–9703.  SAUCEDA v. SCOTT, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–9704.  JACKSON v. VANNOY ET AL.  C. A. 5th Cir. Certiorari denied.

No. 94–9705.  MARINO v. UNITED STATES.  C. A. 3d Cir.  Cer-tiorari denied.

No. 94–9706.  MANARITE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–9707.  JACKSON v. DAVIS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–9708.  KALYON v. HANSLMAIER, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Cer-tiorari denied.

No. 94–9709.  KAILEY v. GALLAGHER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 94–9710.  R. M. v. WYOMING DEPARTMENT OF FAMILY SERVICES ET AL.  Sup. Ct. Wyo.  Certiorari denied.

No. 94–9711.  KEYLIN v. UNITED STATES.  C. A. 2d Cir.  Cer-tiorari denied.

No. 94–9712.  BRADSHAW v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–9713.  HOSEA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–9714.  VELEZ v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.